IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELKIOR LUMENTUT,                          1:12-cv-01548 JLT (HC)

                                           ORDER TRANSFERRING CASE TO THE
                                           SACRAMENTO DIVISION OF THE
            Petitioner,                    UNITED STATES DISTRICT COURT,
                                           EASTERN DISTRICT OF CALIFORNIA
vs.

JAMES HARTLEY,

            Respondent.

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to

28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C.

§ 1915.

        The petitioner is challenging a conviction from Sacramento County, which is part of the

Sacramento Division of the United States District Court for the Eastern District of California.

Therefore, the petition should have been filed in the Sacramento Division.

        Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

court may, on the court's own motion, be transferred to the proper court.  Therefore, this action

will be transferred to the Sacramento Division.   This court will not rule on petitioner's request to

1    proceed in forma pauperis.

2         Good cause appearing, IT IS HEREBY ORDERED that:

3         1.  This court has not ruled on petitioner's request to proceed in forma pauperis.

4         2.  This action is transferred to the United States District Court for the Eastern District of

5    California sitting in Sacramento; and

6         3.  All future filings shall reference the new Sacramento case number assigned and shall

7    be filed at:

8                          United States District Court
                           Eastern District of California
9                          501 "I" Street, Suite 4-200
                           Sacramento, CA 95814

10

11   IT IS SO ORDERED.

12   Dated:   **September 28, 2012**                          _____**/s/ Jennifer L. Thurston**_____
13                                                            UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26